**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**RANDAL L. ROBBINS,**                                                                                    **PLAINTIFF**
**ADC # 147782**

v.                              **CASE NO: 5:12CV00417 BSM/BD**

**MUMTAZ,** *et al.*                                                                                           **DEFENDANTS**

## ORDER

The proposed findings and partial recommended disposition [Doc. No. 5] submitted by United States Magistrate Judge Beth Deere and the objections thereto have been reviewed. After carefully considering these documents and making a *de novo* review of the record, it is found that the proposed findings and partial recommended disposition should be, and hereby are, approved and adopted in their entirety.

IT IS THEREFORE ORDERED THAT plaintiff Randal Robbins's Fourteenth Amendment Due Process and Equal Protection, Americans with Disabilities Act, and Rehabilitation Act claims be dismissed without prejudice.

Dated this 30th day of November 2012.

                                                                                    _____
                                                                                    UNITED STATES DISTRICT JUDGE