# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**RANDAL L. ROBBINS,**                                                      **PLAINTIFF**
**ADC # 147782**

**v.**          **CASE NO: 5:12CV00417 BSM/BD**

**MUMTAZ,** *et al.*                                                    **DEFENDANTS**

## ORDER

The proposed findings and partial recommended disposition [Doc. No. 29] submitted by United States Magistrate Judge Beth Deere and the objections thereto have been reviewed. After careful consideration and a *de novo* review of the record, it is found that the proposed findings and partial recommended disposition should be, and hereby are, approved and adopted in their entirety.

IT IS THEREFORE ORDERED THAT plaintiff Randal Robbins's motion for a temporary restraining order and preliminary injunction [Doc. No. 24] is denied.

Dated this 1st day of May 2013.

                                                                             UNITED STATES DISTRICT JUDGE