**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**RANDAL L. ROBBINS**                                                                                        **PLAINTIFF**

**v.**                                   **CASE NO. 5:12CV00417 BSM**

**HAMD MUMTAZ et al.**                                                                                 **DEFENDANTS**

## ORDER

The recommended disposition filed by United States Magistrate Judge Beth Deere has been reviewed, along with the objections filed. After carefully considering the objections and conducting a *de novo* review of the record, it is concluded that the recommended disposition should be, and hereby is, approved and adopted in its entirety in all respects.

Accordingly, defendants' motion for summary judgment [Doc. No. 39] is granted, and plaintiff Randal L. Robbins's claims are dismissed without prejudice.

IT IS SO ORDERED this 16th day of January 2014.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE