**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**RANDAL L. ROBBINS**                                                                                    **PLAINTIFF**

v.                              **CASE NO. 5:12CV00417 BSM**

**HAMD MUMTAZ et al.**                                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the order entered this day, this case is hereby dismissed without prejudice.

IT IS SO ORDERED this 16th day of January 2014.

_____
UNITED STATES DISTRICT JUDGE